UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DERRICK DEON VINCENT, | Case No. 2:10-cv-01991-MMD-RJJ |
| Petitioner, | ORDER |
| v. | |
| E. K. MCDANIEL, et al., | |
| Respondent. | |

    Before the Court are petitioner's motion to receive copies of respondents' exhibits and document sheet (dkt. no. 20) and respondents' opposition (dkt. no. 21). The Court agrees with respondents. Respondents served upon petitioner two volumes of exhibits totaling more than 600 pages. Petitioner used those exhibits to prepare his traverse (dkt. no. 13). It is petitioner's responsibility to maintain possession of his volumes of the exhibits. The Court will neither assign to respondents nor take upon itself the onerous and expensive duty to send petitioner another set of the exhibits.

    To the extent that petitioner's request for a document sheet is a request for the docket sheet, the Court will send him a copy.

    IT IS THEREFORE ORDERED that petitioner's motion to receive copies of respondents' exhibits and document sheet (dkt. no. 20) is GRANTED in part. The Clerk

1 of the Court shall send petitioner a copy of the docket sheet with this order.  In all other
2 respects, petitioner's motion is DENIED.

4       DATED THIS 7th day of November 2012.

                                                    MIRANDA M. DU
                                                    UNITED STATES DISTRICT JUDGE