1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**
8
9 DERRICK DEON VINCENT,

10       Petitioner,     Case No. 2:10-cv-01991-APG-NJK

11 vs.     **ORDER**

12 E. K. MCDANIEL, et al.,

13       Respondents.

14

15      Petitioner has filed an application to proceed <u>in forma pauperis</u> (#29) and an application to

16 proceed <u>in forma pauperis</u> on appeal (#31). These applications are moot because the court already

17 has granted petitioner leave to proceed <u>in forma pauperis</u>. <u>See</u> Order (#4).

18      Petitioner has filed a notice of appeal (#30), which he dated on July 6, 2015, and which the

19 court received on July 7, 2015. The notice of appeal is untimely. The court denied the petition for a

20 writ of habeas corpus on December 9, 2013, and the clerk entered judgment on December 10, 2013.

21 Petitioner's address of record was the High Desert State Prison. The copy of the order and the

22 judgment that the court sent to petitioner were returned in the mail on December 13, 2013, with the

23 notation that petitioner was no longer at the High Desert State Prison. Petitioner has the

24 responsibility of informing the court promptly of any changes in his address. LSR 2-2. Petitioner

25 filed nothing until he filed a notice of change of address on April 3, 2015, stating that he was being

26 held in the Clark County Detention Center. The court mailed petitioner a copy of the docket sheet

27 on April 6, 2015. Petitioner's address has since changed back to the High Desert State Prison, but

28

1   petitioner did not submit any notice.  Rather, the clerk changed the address based upon the return

2   address on the envelope that petitioner sent to the court.

3           To the extent that the court can construe the notice of appeal as a motion to reopen the time

4   to appeal pursuant to Rule 4(a)(6) of the Federal Rules of Civil Procedure, the court declines to do

5   so.  See United States v. Withers, 638 F.3d 1055, 1061 (9th Cir. 2011).  Rule 4(a)(6) states:

6           The district court may reopen the time to file an appeal for a period of 14 days after the date
            when its order to reopen is entered, but only if all the following conditions are satisfied:
7
8           (A) the court finds that the moving party did not receive notice under Federal Rule of Civil
            Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days
            after entry;
9
10          (B) the motion is filed within 180 days after the judgment or order is entered or within 14
            days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of
            the entry, whichever is earlier; and
11
12          (C) the court finds that no party would be prejudiced.

13  Rule 4(a)(6)(B) requires petitioner to satisfy two conditions, and petitioner cannot satisfy either one.

14  He filed the notice of appeal more than 180 days after entry of the judgment on December 10, 2013.[1]

15  He also filed the notice of appeal more than 14 days after receiving notice of the entry of judgment

16  on or shortly after April 6, 2015.  Because petitioner cannot satisfy the conditions of Rule

17  4(a)(6)(B), the court will not reopen the time to appeal.

18          IT IS THEREFORE ORDERED that the applications to proceed in forma pauperis on appeal

19  (#29, #31) are **DENIED** as moot.

20  ///

21  ///

22  ///

23  ///

24

25          [1]Petitioner might argue that the terms of Rule 4(a)(6)(B) are impossible to satisfy because he

26  received notice of the entry of the judgment more than 180 days after entry of the judgment.
    However, petitioner was responsible for keeping the court informed promptly of any changes in

27  address.  Petitioner waited more than one year and three months after entry of judgment, and an
    unknown amount of time after his release or transfer from High Desert State Prison, to inform the

28  court of his new address.  The failure to meet the 180-day deadline lies entirely upon petitioner.

1    IT IS FURTHER ORDERED that the notice of appeal (#30), only to the extent that the court

2  construes it as a motion to reopen the time to appeal, is **DENIED**.

3  DATED: July 27, 2015.

4

5  _____

6  ANDREW P. GORDON
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28